

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-81,630-01

### EX PARTE ARTHUR EUGEAN HENDERSON, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. W09-58128-L(A) IN THE CRIMINAL DISTRICT COURT NO. 5 OF DALLAS COUNTY

*Per curiam.*

## O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of capital murder and sentenced to imprisonment for life.

The trial court signed findings of fact and conclusions of law, recommending that the writ application be denied. However, the habeas record received by this Court does not include a complete copy of counsel's affidavit. Specifically, the record does not include a second page from counsel's affidavit responding to Grounds 10 through 18. We remand this application to the

Criminal District Court No. 5 of Dallas County for specific findings as to whether counsel's affidavit consists of more than one page. If the court finds that these pages of counsel's affidavit were filed, but not included in the habeas record forwarded to this Court, the court shall order the district clerk to supplement the record with the missing page or pages.

This application will be held in abeyance until the trial court has resolved this issue, which shall be resolved within 30 days of this order. A supplemental transcript containing any additional pages from the habeas record shall be forwarded to this Court within 60 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: August 20, 2014
Do not publish